```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

**THERON RILEY, JR.,**               :

    **Plaintiff,**                  :

**vs.**                              :   CIVIL ACTION 21-00203-JB-B

**STEVE BILLY,** *et al.***,**       :

    **Defendants.**                 :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Riley's claim for relief under criminal laws be dismissed **with prejudice** as frivolous; that Riley's claims against Defendants Jeffrey White, Todd Stern, and Steve Billy for failure to intervene and failure to report assault be dismissed **with prejudice** as frivolous; that Riley's claim against Defendant Billy for withdrawing the plea agreement be dismissed **with prejudice** as frivolous; that Riley's claims against Defendants Richard Hetrick and Melissa Floyd for failure to report the assault as a crime be dismissed **with prejudice** as frivolous; that Riley's claim against Defendants

Richard Hetrick and Melissa Floyd for failure to intervene be dismissed **without prejudice** for failure to state a claim upon which relief can be granted; and that Riley's claim against Defendant Hetrick for forcing the administration of Thorazine shots upon him will proceed in this action.

    **DONE and ORDERED** this 18th day of October, 2021.

                                          /s/ JEFFREY U. BEAVERSTOCK
                                          CHIEF UNITED STATES DISTRICT JUDGE